UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS<br>LOCAL 63 HEALTH & WELFARE FUND, et al<br><br>　　　　Plaintiffs<br><br>v.<br><br>AIRPRO MECHANICAL, CO.<br><br>　　　　Defendant | )<br>)<br>) C. A. NO.  05-3027-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>1REQUEST FOR NOTICE OF DEFAULT</u>

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, AirPro Mechanical Co., 404 Wampanoag Trail, East Providence, RI 02915 in the above-captioned action.  Defendant AirPro Mechanical Co., was served with the complaint on September 22, 2005.  As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

　　　　　　　　　　　　　　　　　　　　Plaintiffs
　　　　　　　　　　　　　　　　　　　　by their attorney

　　　　　　　　　　　　　　　　　　　　/s/ Aaron D. Krakow_____
　　　　　　　　　　　　　　　　　　　　Aaron D. Krakow
　　　　　　　　　　　　　　　　　　　　BBO #544424
　　　　　　　　　　　　　　　　　　　　Krakow & Souris, LLC
　　　　　　　　　　　　　　　　　　　　225 Friend Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　　　(617) 723-8440