UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF SHEET METAL WORKERS )
LOCAL 63 HEALTH & WELFARE FUND, et al )
) C. A. NO. 05-3027-KPN
    Plaintiffs )
)
v. )
)
AIRPRO MECHANICAL, CO. )
)
    Defendant )
)

## 1REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, AirPro Mechanical Co., 404 Wampanoag Trail, East Providence, RI 02915 in the above-captioned action. Defendant AirPro Mechanical Co., was served with the complaint on September 22, 2005. As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

    Plaintiffs
    by their attorney

    /s/ Aaron D. Krakow_____
    Aaron D. Krakow
    BBO #544424
    Krakow & Souris, LLC
    225 Friend Street
    Boston, MA 02114
    (617) 723-8440