# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TRUSTEES OF SHEET METAL WORKERS LOCAL 63 HEALTH & WELFARE FUND, ET AL.,** <br>　　　　　　　**Plaintiff** <br><br>　　　　V. <br><br>**AIRPRO MECHANICAL, CO.** <br>　　　　　　**Defendants** | **CIVIL ACTION** <br><br><br> **NO. 3:05-CV-30207-KPN** |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Trustees of Sheet Metal Workers Local 63 Health & Welfare Fund, et al.,</u> for an order of Default for failure of the Defendant, <u>Airpro Mechanical, Co.</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __6__ day of __December__, 2005.

　　　　　　　　　　　　　　　　　　　　　　　**Sarah A. Thornton, Clerk**

　　　　　　　　　　　　　　　　　　**By:**　　*/s/ Maurice G Lindsay*
　　　　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay, Deputy Clerk

**Notice mailed to:**

❏　　　Plaintiff's Counsel, Aaron D. Krakow, Esq.
❏　　　Defendant Airpro Mechanical, Co.