UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS LOCAL 63 HEALTH & WELFARE FUND, et al<br><br>    Plaintiffs<br><br>v.<br><br>AIRPRO MECHANICAL, CO.<br><br>    Defendant | )<br>)<br>) C. A. NO. 05-30207-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Trustees of Sheet Metal Workers Local 63 Health & Welfare Fund, et al, upon the accompanying Declaration of Brigitte Dugre, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, AirPro Mechanical Co. to pay to the plaintiffs the sum of $6,388.73 in damages and taxable costs.

                                          Plaintiffs
                                        By their attorney

                                        _____
                                        Aaron D. Krakow
                                        BBO #544424
                                        Krakow & Souris, LLC
                                        225 Friend Street
                                        Boston, MA 02114 (617) 723-8440

CERTIFICATE OF SERVICE

    I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be mailed this date to AirPro Mechanical Co., 404 Wampanoag Trail, East Providence, RI 02915 and Thomas C. Plunkett, Esq., The Remington Building, 91 Friendship Street, Providence, RI 02903.

                                          _____
                                          Aaron D. Krakow

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF SHEET METAL WORKERS )
LOCAL 63 HEALTH & WELFARE FUND, et al )
) C. A. NO. 05-30207-KPN
    Plaintiffs )
)
v. )
)
AIRPRO MECHANICAL, CO. )
)
    Defendant )
)

## JUDGMENT

NEIMAN, K.P.

    Defendant AirPro Mechanical Co. having failed to plead or otherwise defend in this action and default having been entered on December 6, 2005.

    Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $6,134.73, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $254.00 it is hereby

ORDERED, ADJUDGED AND DECREED:

    1. That plaintiffs recover from defendant AirPro Mechanical Co. the sum of $6,388.73 with interest as provided by law.

                                   By the Court,

Date:                                              Deputy Clerk