UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS LOCAL 63 HEALTH & WELFARE FUND, et al | ) ) ) |
| Plaintiffs | ) C. A. NO. 05-30207-KPN ) |
| | ) |
| v. | ) ) |
| | ) |
| AIRPRO MECHANICAL, CO. | ) ) |
| Defendant | ) ) |
| —————————————————— | ) |

### JUDGMENT

NEIMAN, K.P.

Defendant AirPro Mechanical Co. having failed to plead or otherwise defend in this action and default having been entered on December 6, 2005.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $6,134.73, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $254.00 it is hereby

ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover from defendant AirPro Mechanical Co. the sum of $6,388.73 with interest as provided by law.

By the Court,

Date: _January 6, 2006_

Deputy Clerk